# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201800036

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JAY C. MCCUEN
Private (E-1), U.S. Marine Corps
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commanding General, Training Command, Quantico, Virginia.
Staff Judge Advocate's Recommendation: Major Nicholas. A. Martz, USMC.
For Appellant: Lieutenant Commander Jeremy J. Wall, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 21 June 2018

————————————

Before MARKS, JONES, and STINSON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court